# EXHIBIT D



Department of Law
CITY OF CHICAGO

**January 6, 2020**

*Via Electronic Mail and Hand-delivery*
John C. Coyne
Law Offices of John C. Coyne
53 West Jackson Blvd.
Suite 1750
Chicago, IL 60604

                              RE:    *Mendez v. City of Chicago, et al.*, 18 C 6313

Dear Mr. Coyne,

I write to you pursuant to Local Rule 37.2 regarding Plaintiff's Initial 26(a) Disclosures, as well as Plaintiff's Answers to First Set of Interrogatories of Defendant Officer Szczur and Plaintiff's Response to the Request to Produce of Defendant Officer Szczur.

First, on November 1, 2019, undersigned Counsel for Defendant Szczur reached out to Plaintiff regarding his insufficient 26(a) Disclosures. Specifically, under Fed. R. Civ. P. 26, the disclosures must identify the subject of information each disclosed witness has knowledge of. As previously stated, Plaintiff's current Initial 26(a) Disclosures do not allow Defendants to decipher which witnesses are being disclosed as occurrence witnesses and which witnesses are being disclosed as damages witnesses. This impedes the Defendants ability to determine which witnesses to depose in this matter. By January 24, 2020, please revise Plaintiff's 26(a) disclosures, so that it properly identifies which witnesses have knowledge of the occurrence versus Plaintiff's damages (or both).

As to Plaintiff's Answer to interrogatories, first and foremost, the answers are not verified as required by FRCP No. 33. Please submit verified answers along with supplemented answers so that Defendants have complete responses from Plaintiff in advance of his deposition.

Interrogatory number 3 requests information related to Plaintiff's criminal history. Plaintiff's response fails to completely answer the subparts, including the dates of arrest, the law enforcement agency that arrested Plaintiff, the judicial jurisdiction, whether or not Plaintiff plead guilty, or the disposition. Please supplement with the requested information.

Interrogatory number 4 requests information on what each of the individuals will testify to. Please supplement your answer with this information so that Defendants are on notice of the subject of each witnesses' testimony prior to deposition. Please also provide last known address or any contact information that you have available. This information is requested in the interrogatory and is also required for Plaintiff's Rule 26 disclosures, which lack this information.

Interrogatory number 6 requests whether any documents exist related to communications and to identify those documents. Please answer this portion of the interrogatory.

Interrogatory number 8 requests whether Plaintiff is seeking income or lost wages. Plaintiff indicates that he is seeking past and future lost wages but fails to provide answers with regard to subparts (a)-(f). Please supplement your response with this information.

Interrogatory number 10 seeks detailed information with regard to medical care and treatment. Plaintiff's response does not provide any information responsive to subparts (a)-(f), Plaintiff simply refers Defendants to his medical records, but no such records have been tendered. Please supplement this answer with the requested information as well as all documents referenced, pursuant to Fed. R. Civ. P. 33(d).

Interrogatory number 11 seeks information related to medical treatment or problems other than those associated with the incidents or injuries allegedly received that form the basis of your complaint. Please supplement Plaintiff's answers, and if Plaintiff has received treatment for his alleged "permanent depression" defendants request that Plaintiff supplement with those medical records and provide an answer responsive to subparts (a)-(c).

Interrogatory number 12 seeks information as to whether Plaintiff received medical treatment prior to the date of the incident alleged in Plaintiff's complaint, including any prior mental health treatment. Plaintiff answers states, "not applicable". Defendants request that Plaintiff clarify this response as to either yes, (and provide information responsive to subparts (a)-(c)), or no.

Interrogatory number 13 seeks information as to whether Plaintiff has sought any mental health treatment as a result of the incident alleged in the complaint. To the extent Plaintiff has sought treatment, Defendants request Plaintiff supplement and answer the interrogatory, including subparts (a)- (d), and clearly state what mental health injuries Plaintiff alleges he sustained.

Interrogatory number 14 seeks information regarding disability benefits. Plaintiff's response is incomplete in that no period of time has been provided. Please supplement this answer with this information as to when the benefits began, whether the benefits are ongoing, and if Plaintiff stopped receiving benefits, the date upon which Plaintiff stopped receiving benefits.

Interrogatory number 17 requests photos, audio, or videos. Plaintiff indicates that he has or will have video. Defendants request that Plaintiff produce that video along with supplemental answers to subparts (a)-(e) when the video is produced.

Interrogatory number 18 seeks Plaintiff to quantify his monetary losses. Defendants request that Plaintiff supplement his response with this information and that he provides answers to sub-parts (a)-(d).

Interrogatory number 20 seeks information as to alcohol or drug use immediately prior to the incident. Plaintiff's response is incomplete in that he does not identify whether others have knowledge of the use of the drugs or alcohol. Please supplement this answer.

Interrogatory number 21 requests conversations that Plaintiff may have had regarding this incident alleged in this complaint. Plaintiff's response is non-responsive. Defendants request that Plaintiff supplement this response with the name, address, and phone number of each person with whom he has had conversations and a description of those conversations.

Interrogatory number 23 requests information as to Plaintiff's whereabouts in the 2 hours preceding his interaction with officers on the date of the incident. The request is not subject to multiple interpretations as to this issue. Please supplement Plaintiff's answer with this information.

Defendants request that to the extent any documents are referenced in his answers to interrogatories, that those documents are produced pursuant to RFP NO. 28 including medical records, disability benefits, and information supporting Plaintiff's claims for lost wages.

As to Plaintiff's response to Defendant Szczur's requests for production, Defendants note that Plaintiff has not produced a single document that is referenced in any of Plaintiff's responses or Rule 26(a) disclosures. If Plaintiff is seeking lost wages, Defendants request that Plaintiff provide information related to his lost wages that was requested in RFP NO. 14. If Plaintiff is claiming medical or mental health injuries, Defendants request that Plaintiff supplement with documents responsive to RFP NO. 15 (as your referenced disability benefits in your interrogatory number 14 and thus should have responsive documents); and any and all medical records (RFP NO 3 and 7).

Defendants request that Plaintiff supplement the discovery, including providing a verified response by January 24, 2020. Since Plaintiff has not articulated any valid objections to any of these discovery requests, any future objections pursuant to FRCP 26 will have been deemed waived.

We are available for a Local Rule 37.2 conference regarding these and other issues that you have identified anytime between now and the January 24, 2020 deadline. We hope that we can reach resolutions on many of these topics and avoid court intervention.

Sincerely,

*/s/ Allison L. Romelfanger*
Allison L. Romelfanger
Assistant Corporation Counsel Supervisor
Max Boose

3

Assistant Corporation Counsel
Laniya Moore
Assistant Corporation Counsel
*Counsel for Defendant Szczur*

*/s/ Caroline Fronczak*
Caroline Fronczak
Deputy Corporation Counsel
Stephanie Sotomayor
Assistant Corporation Counsel
Cheryl Friedman
Assistant Corporation Counsel
*Counsel for Defendant City of Chicago*

4