IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| JUAN MENDEZ,                     ) | | |
|     Plaintiff,            ) | | |
|                           ) | Case No. 2018-cv-06313 | |
| VS.                              ) | | |
|                                  ) | | |
| CITY OF CHICAGO,                 ) | Judge Marvin E. Aspen | |
| A Municipal Corporation,         ) | | |
| OFFICER CHRISTIAN                ) | Magistrate Judge Maria Valdez | |
| SZCZUR, OFFICER DAVID COOK       ) | | |
| & unknown OFFICERS of the        ) | | |
| CHICAGO POLICE DEPARTMENT        ) | | |
|     Defendants.           ) | | |

**MOTION TO EXTEND DISCOVERY**
**(LIMITED TO COMPLETE THE DEPOSITION OF**
**THE 30 (b)(6) COPA WITNESS).**

Now comes Plaintiff, JUAN MENDEZ ("Plaintiff") by and through undersigned counsel and hereby moves this Honorable Court for an Order allowing additional time to complete the deposition of the lead COPA investigator regarding the incident underlying Plaintiff's Complaint. In support of said motion, Plaintiff states as follows:

1) The current deadline for completion of three selected depositions permitted beyond the fact discovery deadline is March 29, 2021. One of those depositions has already been completed, and the parties have scheduled the remaining two. (Dckts. 172, 181).

2) One of the three depositions is that of the lead COPA investigator, whose report on the subject incident has yet to be completed. The fact that the report is not yet completed is the reason for the parties' earlier agreement to conduct that deposition once the final COPA report has been completed and disclosed.

3) Based upon emailed information received from counsel for Defendant, CITY OF

CHICAGO, "COPA says that the absolute soonest they expect this case to be closed is 90 days, but that is an optimistic estimate."

4) Based upon this information, Plaintiff hereby moves for an extension of time to complete the deposition of the lead COPA investigator to July 30, 2021. In the event the final report is not complete and disclosed by that date, Plaintiff proposes to nonetheless complete the deposition by that date, notwithstanding the incomplete status of the final COPA report.

**WHEREFORE**, for all of the foregoing reasons, Plaintiff, JUAN MENDEZ, by and through undersigned counsel, hereby moves this Honorable Court for an Order allowing additional time to complete the Rule 30(b)(6) COPA witness, until July 30, 2021 and for such additional relief as this Honorable Court deems necessary and just.

                 **JUAN MENDEZ**

            By: */s/ John C. Coyne*
               Attorney for Plaintiff, Juan Mendez

Law Offices of John C. Coyne
53 West Jackson Blvd., Suite 1750
Chicago, IL 60604
(312) 929-4308
jcc@johnccoynelaw.com

Gerardo Gutierrez
Gerardo Gutierrez Law Offices
53 West Jackson Blvd., Suite 1122
Chicago, Illinois 60604
(312)786-9970
G8370172@sbcglobal.net

## Certificate of Service

I, Patricia Andersen, certify that this motion was electronically filed and served this upon all counsel of record via email this 15th day of March 2021.

            */s/ Patricia Andersen*